

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BRIAN HAVELKA, | Case No. CV 26-1236-DMG (JDEx) |
| Plaintiff, | **ORDER RE STIPULATION TO DISMISS  EXPERIAN INFORMATION SOLUTIONS, INC. WITH PREJUDICE [18]** |
| v. | |
| EXPERIAN INFORMATION SOLUTIONS, INC., | |
| Defendant. | |

Having reviewed the Stipulation of Dismissal by Plaintiff Brian Havelka and Defendant Experian Information Solutions, Inc. [Doc. # 18], and good cause appearing, the Court **APPROVES** the Stipulation.  Defendant Experian Information Solutions, Inc. is **DISMISSED with prejudice** and without attorneys' fees and costs.

**IT IS SO ORDERED.**

DATED:  April 24, 2026

_____
DOLLY M. GEE
Chief United States District Judge